UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:123-MJ-02776/DAMIAN

UNITED STATES OF AMERICA

vs.

ALEXANDER LOPEZ,

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL

Michael B. Nadler of Stumphauzer, Kolaya, Nadler, and Sloman PLLC files this Motion to Withdraw as Counsel for Defendant ALEXANDER LOPEZ, for the reason that Defendant LOPEZ has found other counsel to represent him in this matter.

Respectfully submitted,

/s/   Michael B. Nadler
Michael B. Nadler
Fla. Bar No. 0051264
mnadler@sknlaw.com
STUMPHAUZER KOLAYA NADLER & SLOMAN PLLC
One Biscayne Tower
2 South Biscayne Blvd.
Suite 2250
Miami, FL 33131
Tel: (305) 614-1411
Fax: (305) 614-1425

## **CERTIFICATE OF SERVICE**

I certify that on this 9th day of May 2023, I electronically filed this document with the Clerk of the Court using CM/ECF, causing a copy to be served on counsel record.

By: */s/ Michael B. Nadler*