Case 1:23-cr-20199-JEM   Document 9   Entered on FLSD Docket   FILED BY___mdc___D.C.

May 9, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami, FL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

23-20199-CR-MARTINEZ/BECERRA

CASE NO._____

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

ALEXANDER LOPEZ,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Possess with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 846)**

From at least as early as April 20, 2023, the exact date being unknown to the Grand Jury, and continuing through on or about April 21, 2023, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ALEXANDER LOPEZ,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to the defendant, is five kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

## COUNT 2
### Attempt to Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841)

On or about April 21, 2023, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ALEXANDER LOPEZ,**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ALEXANDER LOPEZ,** has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Sections 846 and/or 841, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such

offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

███████████████████

FOREPERSON

*(signature)*
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

*(signature)*
KEVIN D. GERARDE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALEXANDER LOPEZ,

_____/
        Defendant.

CASE NO.: _____

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL    ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take __2-3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                     (Check only one)
   I    ☒ 0 to  5 days                  ☐ Petty
   II   ☐ 6 to 10 days                  ☐ Minor
   III  ☐ 11 to 20 days                 ☐ Misdemeanor
   IV   ☐ 21 to 60 days                 ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-MJ-02776-MD
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of April 21, 2023
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: /s/ Kevin D. Gerarde
KEVIN D. GERARDE
Assistant United States Attorney
FL Bar No.    113844

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **ALEXANDER LOPEZ**

Case No: _____

Count #:1

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** at least 5 years to Life.
* **Max. Fine:** $10,000,000

Count #: 2

Attempt to Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846

* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** at least 5 years to Life.
* **Max. Fine:** $10,000,000

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.